# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.  **CV 08-6823-JEM** | | Date  **August 5, 2009** |
| Title  **HENRY ALVARADO v. MICHAEL J. ASTRUE** | | |

Present: The Honorable    John E. McDermott, United States Magistrate Judge

| S. Anthony | CourtSmart | |
|---|---|---|
| Deputy Clerk | CourtSmart | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO FILE JOINT STIPULATION**

Pursuant to the Order Extending the Briefing Schedule, entered on May 6, 2009, the parties were required to file a Joint Stipulation on July 27, 2009. As of this date, the Joint Stipulation has not been filed.

The parties are ORDERED to show cause in writing, by August 11, 2009, why sanctions should not be imposed for failing to follow the Court's Order and are ORDERED to file the Joint Stipulation no later than August 14, 2009. Failure to file the Joint Stipulation will result in the matter being dismissed.

cc: Parties

                                                              :
                        Initials of Deputy Clerk    sa